BEFORE THE THIRD DIVISION, NOVEMBER 13, 1940

No. 44725.—Petitions 6024–R, etc., of Blefeld & Goodfriend, Inc. (New York).

Opinion by CLINE, J. From the evidence it was found that there was no intention to misrepresent the facts or to defraud the revenue. The petitions were therefore granted.